JS-6

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| W.M. JAQUA, LLC; NINN, LLC, | Case No. 2:21-cv-00672-CAS-GJSx |
| Plaintiffs, | **ORDER OF DISMISSAL WITH PREJUDICE** |
| v. | |
| TRANSAMERICA LIFE INSURANCE COMPANY, | Judge:  The Hon. Christina A. Snyder |
| Defendant. | Complaint Filed:  January 23, 2021 |

11
12
13
14
15
16
17
18

Based on the Parties' Stipulation for Dismissal with Prejudice,

19

IT IS HEREBY ORDERED THAT the entire action is dismissed with

20

prejudice, with each Party to bear its own attorney's fees and costs.

21

**IT IS SO ORDERED.**

22
23

Dated:  March 24, 2022

_Christine a. Snyde_____

The Hon. Christina A. Snyder
United States District Judge

24
25
26
27
28

ORDER OF DISMISSAL
WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28